UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>CHARLES RIER,<br><br>    Respondent. | Case No. MC13-76-RSL-JPD<br><br>REPORT AND RECOMMENDATION |

This matter comes before the Court on the petitioner's motion to withdraw petition to enforce Internal Revenue Service summons (Dkt. 11). The Court recommends that the petitioner's motion be GRANTED, and that the case be thereby DISMISSED. A proposed order accompanies this Report and Recommendation.

DATED this 25th April, 2014.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 1