UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MC13-76-RSL |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| CHARLES RIER, | |
| Respondent. | |

The Court, after careful consideration of petitioner's motion, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The petitioner's motion is GRANTED, and this matter is hereby DISMISSED.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 28th day of April, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE - 1